JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL LOPEZ,

        Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, *et al*.,

        Defendant.

Case No. 14-cv-06120-MMM-E

**JUDGMENT ORDER**

This matter coming before the Court pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby ordered that:

1. Judgment is hereby entered against Defendants and in favor of Plaintiff on Plaintiff's Complaint in the amount of $ 4,000.01;

2. With regard to the Costco warehouse located at 12324 Hoxie Avenue, Norwalk, California, Defendant is ordered to either remove the closed circuit courtesy telephones which are set up for the purpose of ordering pizza or replace them with ADA-compliant telephones no later than July 31, 2015;

-1-

3. Plaintiff is awarded reasonable attorney fees incurred in this action in an amount to be determined by the Court pursuant to motion as provided in Rule 54(d)(2) of the Federal Rules of Civil Procedure; and

4. Plaintiff is awarded costs incurred in this matter as provided by 28 U.S.C. § 1920 and Rule 54(d)(l) of the Federal Rules of Civil Procedure.

ENTER:

_____
Margaret M. Morrow
United States District Judge

July 7, 2015
Date